U.S. Depar... USDC SDNY
DOCUMENT
United State... ELECTRONICALLY FILED
Southern Di... DOC #: _____
The Silvio J. Moll... DATE FILED: 12/21/2021
One Saint Andrew...
New York, New Y...

December 20, 2021

**By ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Christopher Harris*, 21 Cr. 772 (AT)

Dear Judge Torres:

    The Government writes in advance of the initial pretrial conference in the above-referenced case, which has been scheduled for January 6, 2022 at 11:00 a.m., in order to respectfully request that the Court exclude time between today and the initial pretrial conference.

    On December 16, 2021, a Grand Jury in this District returned a two-Count Indictment charging the defendant with one count of conspiring to distribute and possess with intent to distribute methamphetamine, in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A), and one count of firearm use, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2. The defendant's arraignment, which the Court has referred to Magistrate Court, is in the process of being scheduled, likely during the week of December 27, 2021.

    In advance of the upcoming initial pretrial conference, the Government writes to respectfully request that the time between today and the initial pretrial conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to allow the parties time to produce and review discovery and to engage in discussions regarding a potential pretrial

resolution of this matter. The Government submits that the proposed exclusion would be in the interest of justice. Defense counsel has consented to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: ___/s/_____
Kaylan E. Lasky
Assistant United States Attorney
(212) 637-2315

GRANTED.  Time is excluded under the Speedy Trial Act through **January 6, 2022**, because the Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because this will allow time for the prosecution to produce discovery and discuss a possible pretrial disposition in this matter.

SO ORDERED.

Dated: December 21, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge