```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CHRISTOPHER HARRIS,

                  Defendant.

21 Cr. 772 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference scheduled for October 12, 2022, is ADJOURNED. The Court shall hold a hearing on **October 17, 2022**, at **5:30 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: October 7, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge