```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CHRISTOPHER HARRIS,

                    Defendant.

21 Cr. 772 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The hearing scheduled for October 17, 2022, at 5:30 p.m., will be held using the Court's videoconferencing system. *See In re Coronavirus/Covid-19 Pandemic*, No. 20 Misc. 176 (S.D.N.Y. June 16, 2022), ECF No. 10 (finding that the COVID-19 pandemic requires judges to conduct criminal proceedings remotely). Chambers will provide the parties with instructions on how to appear via video.

      To optimize the quality of the video feed, only the Court, Defendant, defense counsel, and counsel for the Government will appear by video for the proceeding; all others may participate by telephone. Co-counsel, members of the press, and the public may access the audio feed of the hearing by calling (888) 398-2342 or (215) 861-0674 at the time of the hearing, and entering access code 5598827.

      SO ORDERED.

Dated: October 13, 2022
       New York, New York

                                              ANALISA TORRES
                                          United States District Judge