March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -v-

Christopher Harris,

                Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

21 -CR- 772 (__)(__)

Defendant **Christopher Harris** hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

**X** Misdemeanor Plea/Trial/Sentence

*Christopher Harris / by Counsel*
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Christopher Harris**
Print Defendant's Name

*n P. Kus*
_____
Defense Counsel's Signature

**Michael Kushner**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

10/17/2022
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge