```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/11/2023_

-against-

CHRISTOPHER HARRIS,

                    Defendant.

21 Cr. 772 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The sentencing scheduled for February 21, 2023, is ADJOURNED to **March 1, 2023**, at **1:00 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

       SO ORDERED.

Dated: January 11, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge