```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/29/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CHRISTOPHER HARRIS,

                  Defendant.

21 Cr. 772 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing scheduled for April 11, 2023, is ADJOURNED to **June 13, 2023**, at **3:40 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. Defendant's sentencing submission is due **two weeks before sentencing**. The Government's submission is due **one week before sentencing**.

    SO ORDERED.

Dated: March 29, 2023
       New York, New York

ANALISA TORRES
United States District Judge