UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

       -against-

CHRISTOPHER HARRIS,

       Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  5/18/2023
```

21 Cr. 772 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendant's letter dated May 17, 2023. ECF No. 35. Accordingly, the Court will hold a substitution of counsel hearing in this action on **May 23, 2023**, at **10:00 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. The Government need not attend.

    SO ORDERED.

Dated: May 18, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge