# SHER TREMONTE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/28/2023__

June

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Harris*, 21-CR-772 (AT)

Dear Judge Torres,

We write on behalf of our client, Christopher Harris, to respectfully request an adjournment of sentencing, which is currently scheduled for July 18, 2023, until the week of November 6, 2023, or to a date in mid-December that is convenient for the Court. This is our second request for an adjournment of sentencing. We made our first request on the record when Mr. Biale was appointed as counsel on May 23, 2023. The government consents to this request.

The reason for the requested adjournment is two-fold. First, we were appointed as counsel only recently. Mr. Biale was appointed as counsel for Mr. Harris on May 23, 2023, and Ms. Renzler was appointed earlier today. Although we are working diligently to review the discovery produced in this case and to prepare for sentencing, we anticipate that we will need more time than is currently allotted to be prepared sufficiently for Mr. Harris's sentencing. Second, the parties' respective calendars preclude a sentencing date earlier than the week of November 6, 2023. Mr. Biale has a two-week trial scheduled for early October in the Eastern District of New York, and AUSA Lasky has a vacation scheduled for early November and a two-week trial that is scheduled to begin jury selection on November 20 and then proceed on November 27, 2023. We have discussed the nature of and rationale for our request with Mr. Harris; although he is eager to bring this matter to a close, he supports this request.

Accordingly, we respectfully request an adjournment of sentencing until the week of November 6 or to a date in mid-December that is convenient for the Court.

Respectfully submitted,

GRANTED. The sentencing scheduled for July 18, 2023, is ADJOURNED to **December 12, 2023**, at **1:00 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. The parties are reminded that Defendant's sentencing submission is due two weeks before sentencing and the Government's submission is due one week before sentencing.

SO ORDERED.

Dated: June 28, 2023
New York, New York

ANALISA TORRES
United States District Judge