USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/11/2024__

**SHER TREMONTE** L

**VIA ECF**

The Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    ***United States v. Christopher Harris***
              Case No. 21-CR-772 (AT)

Dear Judge Torres:

      We write on behalf of our client, Christopher Harris, the defendant in the above-referenced case. Today, we are filing Mr. Harris's sentencing submission. Pursuant to Rule IV(A)(ii) of Your Honor's Individual Rules and Practices, we respectfully request leave of the Court to file the redacted versions of the memoranda of law and supporting documents on the public docket and seek leave of Court to file the unredacted versions under seal. The redacted information consists of details of a private nature. We are separately sending to Your Honor's chambers email address an unredacted version of the sentencing submission. We have conferred with the government, and they do not object to our request.

      We appreciate the Court's consideration.

                                      Respectfully submitted,

                                      */s/ _Noam Biale_____*
                                      Noam Biale
                                      Katie Renzler

                                      *Attorneys for Christopher Harris*

cc:      All counsel (via ECF)

GRANTED.

SO ORDERED.

Dated: January 11, 2024
       New York, New York

                                  ANALISA TORRES
                                United States District Judge