

**U.S. Department of Justice**

United States Attorney
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/2024

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 15, 2024

By ECF
The Honorable Analisa Torres
United States District Judge
Southern District of New York
United State Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Christopher Harris*, 21 Cr. 772 (AT)

Dear Judge Torres:

    The Government writes, with the defendant's consent, to respectfully request a two-day adjournment, to January 18, 2024, of the Government's deadline to submit its sentencing submission, which is currently due on January 16, 2024. This is the Government's first request. The Government appreciates the Court's consideration of its request.

                                  Respectfully submitted,

                                    DAMIAN WILLIAMS
                                  United States Attorney

                        By:    /s/
                                  Kaylan E. Lasky
                                  Assistant United States Attorney
                                  (212) 637-2315

cc:    Defense counsel (by ECF)

GRANTED.

SO ORDERED.

Dated: January 16, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge