

U.S. Department

*United States*
*Southern Di*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/2024

*The Silvio J. Moll*
*One Saint Andrew*
*New York, New York 10007*

January 17, 2024

By ECF
The Honorable Analisa Torres
United States District Judge
Southern District of New York
United State Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Christopher Harris*, 21 Cr. 772 (AT)

Dear Judge Torres:

    The Government writes, with the defendant's consent, to respectfully request a one-day adjournment, to January 19, 2024, of the Government's deadline to submit its sentencing submission, which is currently due on January 18, 2024. This is the Government's second request.

                          Respectfully submitted,

                          DAMIAN WILLIAMS
                        United States Attorney

                    By:    /s/
                        Kaylan E. Lasky
                        Assistant United States Attorney
                        (212) 637-2315

cc:    Defense counsel (by ECF)

GRANTED.

SO ORDERED.

Dated: January 17, 2024
       New York, New York

*[signature]*
ANALISA TORRES
United States District Judge